**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 14, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00276-CR

**BLANCA ESTHER VEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1433929**

## M E M O R A N D U M   O P I N I O N

Appellant Blanca Esther Vega has signed and filed a written request to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b)